```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 22219
   PETER GRANDYS
   VICKI GRANDYS                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3208     SSN XXX-XX-4404

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/28/07 .

   2.  The case was dismissed without confirmation, 01/25/2008.

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
EMC MORTGAGE                CURRENT MORTG          .00          .00          .00
EMC MORTGAGE                MORTGAGE ARRE    NOT FILED          .00          .00
EMC MORTGAGE                SECURED                .00          .00          .00
EMC MORTGAGE                MORTGAGE ARRE    NOT FILED          .00          .00
SILVERLEAF RESORTS          UNSECURED        NOT FILED          .00          .00
ADT SECURITY SERVICES       UNSECURED        NOT FILED          .00          .00
ALLIED WASTE SERVICES       UNSECURED        NOT FILED          .00          .00
FIA CARD SERVICES           UNSECURED        NOT FILED          .00          .00
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00          .00
CENTRAL DUPAGE HOSPITAL     UNSECURED        NOT FILED          .00          .00
CHASE MANHATTAN BANK USA    UNSECURED        NOT FILED          .00          .00
CITICORP CREDIT SERVICES    UNSECURED        NOT FILED          .00          .00
DISCOVER BANK               UNSECURED        NOT FILED          .00          .00
DREYER MEDICAL CLINIC       UNSECURED        NOT FILED          .00          .00
EMERGENCY TREATMENT SC      UNSECURED        NOT FILED          .00          .00
GENTLE DENTAL ASSOCIATES    UNSECURED        NOT FILED          .00          .00
HARRIS BANK                 UNSECURED        NOT FILED          .00          .00
JC PENNEY CO                UNSECURED        NOT FILED          .00          .00
KOHLS                       UNSECURED        NOT FILED          .00          .00
NICOR GAS                   UNSECURED        NOT FILED          .00          .00
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID

ORTHOPAEDIC ASSOC OF DUP    UNSECURED        NOT FILED          .00          .00
OSI COLLECTION SERVICES     UNSECURED        NOT FILED          .00          .00
RUSH COPLEY                 UNSECURED        NOT FILED          .00          .00
SHEFFIELD FINANCIAL         UNSECURED        NOT FILED          .00          .00
VALLEY IMAGING CONSULTAN    UNSECURED        NOT FILED          .00          .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
```

```
INTEREST PAID                    .00         .00         .00         .00         .00
TOTAL PAID                       .00         .00         .00         .00         .00
```

The Debtor's attorney, DEVONA & ASSOC                  , was allowed $   2500.00
and was paid $   2226.00  direct and $       .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/16/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 22219 PETER GRANDYS & VICKI GRANDYS